# NO. 12-08-00293-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ROBERT JAMES FOX,* *APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW OF* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *CHEROKEE COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

On July 8, 2008, Robert James Fox filed a notice of appeal from the trial court's denial of his application for writ of habeas corpus "as a matter of dereliction of duty." On July 14, 2008, this court notified Fox, pursuant to Texas Rule of Appellate Procedure 37.2, that the information received in this appeal does not contain a final judgment or other appealable order. Fox was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before July 24, 2008 to show the jurisdiction of this court. The deadline for amendment has passed, and Fox has neither responded to the July 14, 2008 notice or otherwise shown the jurisdiction of this court. Accordingly, the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 37.2, 44.3.

Opinion delivered July 31, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)